DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HOSTWAY CORPORATION** and **HOSTWAY SERVICES, INC.**,
Appellants,

v.

**GOLF CLUBS AWAY LLC**,
Appellee.

No. 4D15-2871

[April 6, 2016]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury Jr., Judge; L.T. Case No. 09-29596 (13).

Mark D. Nichols and Jon Polenberg of Polenberg Cooper, PLLC, Fort Lauderdale, and Scott C. Walton of Cheng Cohen LLC, Chicago, Illinois, for appellants.

Jonathan M. Stein and Adam Warden of Saxena White, P.A., Boca Raton, and Benjamin Y. Kaufman of Wolf Haldenstein Adler Freeman & Herz LLP, New York, New York, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979). In response to this court's order requiring a supplemental appendix, *see* Fla. R. App. P. 9.220(a), appellant acknowledges that no transcript exists of the evidentiary hearing conducted on the motion for class certification at issue. Having provided appellant an opportunity to supplement the appendix, this court determines that appellant has failed to provide an adequate record to review the issue presented or to overcome the presumption of correctness in the trial court's ruling. Affirmance is therefore required.

GROSS, LEVINE and CONNER, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*